1  JOHN M. RUNFOLA, SBN 096058
   Pier 9, Suite 100
2  San Francisco, CA  94111-1497
   Telephone:  (415) 391-4243
3  Facsimile:  (415) 391-5161

4  Attorney for Defendant
5  MING TAN

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-0660 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL REQUEST** |
| v. | |
| MING TAN | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michelle Kane, counsel for the plaintiff, and John M. Runfola, counsel for the defendant, MING TAN, that Mr. Tan be permitted to travel outside of the Northern District of California, to Shanghai, China to help plan and to attend the burial of his mother from February 17, 2014 through March 20, 2014.

   Mr. Tan's pretrial officer, Ladreena Wilson has no objection to this travel request.  Mr. Tan shall provide pretrial services with a complete itinerary and address of his accommodations while in China.

   Mr. Tan is permitted to travel from SFO International Airport to Shanghai, China leaving on February 17, 2014 and returning to San Francisco, CA on March 20, 2014.

   No Party objects to the travel request.

   All other conditions of release are to remain the same.

SO STIPULATED

DATED: _____02/07/2014_____        _____/s/_____
                                         JOHN M. RUFOLA
                                         Attorney for MING TAN


DATED: _____02/07/14_____        _____/s/_____
                                         MICHELLE KANE
                                         Assistant United States Attorney


IT IS SO ORDERED


DATED: _2/12/14_____           _Kandis Westmore_____
                                         HONORABLE KANDIS A. WESTMORE
                                         United States Magistrate Judge