MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00660 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MING TAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Defendant Ming Tan and the United States, by and through their respective counsel, hereby stipulate to the following and request that the Court sign an order releasing the funds held by the Clerk of the Court pursuant to this Court's Orders, so that the funds can be applied to defendant's restitution debt.

      Sentencing took place on June 23, 2014, at which time Chief District Judge Claudia Wilken imposed a restitution award of $182,683 to Seagate Technology in accordance with the Plea Agreement. (ECF No. 227 [Judgment]). Defendant Tan previously deposited $182,683 in the Court's registry pursuant to this Court's Orders. (ECF No. 129, 134). Based on the foregoing, the parties respectfully

1   request that the Court issue an order releasing the $182,683 held in the Court Registry as restitution to

2   victim Seagate Technology. Any interest on those funds should be returned to defendant Tan.

3   DATED: July 7, 2014                                    Respectfully submitted,

4                                                          MELINDA HAAG
                                                           United States Attorney
5

6                                                          /s/
                                                           _____
7                                                          MICHELLE J. KANE
                                                           Assistant United States Attorney
8

9                                                          /s/
                                                           _____
10                                                         JOHN RUNFOLA
                                                           Counsel for defendant Ming Tan
11

12

13                              **[PROPOSED]** ORDER

14          Based on the stipulation of the parties, the Court hereby directs the clerk to release $182,683,

15   which represents the funds already paid by defendant Ming Tan, to be applied to defendant's restitution

16   debt pursuant to the June 23, 2014, Judgment, to be paid to victim Seagate Technology LLC, C/O Julie

17   Jensen, 10200 S. DeAnza Blvd., Cupertino, CA 95014. The Court further directs the clerk to release any

18   interest on the funds to defendant Tan.

19          IT IS SO ORDERED.

20   DATED:  7/8/2014

21                                                         _____
                                                           CLAUDIA WILKEN
22                                                         Chief United States District Judge

23

24

25

26

27

28
     CR 12-00660 CW
     STIP. & **[PROPOSED]** ORDER                          3